970 F.2d 900
 In re School Asbestos Litigation; School District of
Lancaster, Manheim Township School Dist.,
Lampeter- Strasburg School Dist.,
Northeastern School Dist.
v.
Lake Asbestos of Quebec, Ltd., Celotex Corp., Raymark
Industries, Inc., Union Carbide Corp., Asbestospray Corp.,
Sprayo-Flake Co., National Gypsum Co., Sprayed Insulation,
Inc., Asbestos Fibres Inc., Dana Corp., U.S. Gypsum, U.S.
Mineral Products Co., Sprayon Insulation & Acoustics, Inc.,
Sprayon Research Corp.,
 NO. 91-1871
 United States Court of Appeals,
Third Circuit.
 June 30, 1992
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.